UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **BRANDON B. DREWRY,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  No. 1:14-cv-00392-GZS |
| | ) |
| **CORRECT CARE SOLUTIONS, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 28, 2015, his Recommended Decision (ECF No. 65). Plaintiff filed his Objection to the Recommended Decision (ECF No. 67) on June 18, 2015. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 69) on July 2, 2015. Defendant Dixon's Response to Plaintiff's Objection the Recommended Decision (ECF No. 70) on July 2, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Renewed Motions for Preliminary Injunction (ECF Nos. 29 & 42) are hereby **DENIED**.

      3.      It is hereby **ORDERED** that Defendant Dixon's Motion to Dismiss (ECF No. 39) is **GRANTED**.

      4.      The remaining orders are summarily **AFFIRMED**.

                                            /s/George Z. Singal_____
                                            U.S. District Judge

Dated this 28th day of September, 2015.