UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **BRANDON B. DREWRY,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | )    No. 1:14-cv-00392-GZS |
| | ) |
| **CORRECT CARE SOLUTIONS, ET AL.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 4, 2015, his Recommended Decision (ECF No. 90). Plaintiff filed his Objection to the Recommended Decision (ECF No. 91) on September 17, 2015. Defendants filed their Objection to the Recommended Decision (ECF No. 92) on September 18, 2015. Plaintiff filed a Response to Defendants' Objection the Recommended Decision (ECF No. 93) on September 24, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 25) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's claims based on

       Defendants' treatment of Plaintiff's complaints regarding mental health, headaches, cold sores and acid reflux are **DISMISSED**.  The Motion is otherwise **DENIED**;

3. It is hereby **ORDERED** that Plaintiff's Renewed Motion to Amend (ECF No. 33) is **GRANTED IN PART** as to Plaintiff's request to join Dr. Webster and Cross-Snell as Defendants, and **DENIED IN PART** as to Plaintiff's Request to Join Mr. Atkinson, Mr. Bouffard, and Mr. Fitzpatrick as Defendants;

4. It is hereby **ORDERED** that Plaintiff's Amended-Corrected Complaint (ECF No. 44) to join Dr. Hockersmith as a Defendant is hereby **DENIED**;

5. It is hereby **ORDERED** that Plaintiff's Supplemental Pleading (ECF No. 68) is **GRANTED** to permit his claim against Robin Cross-Snell;

6. It is hereby **ORDERED** that Plaintiff's Motion for Injunctive Relief (ECF No. 75) is hereby **DENIED**;

7. It is hereby **ORDERED** that Plaintiff's Supplemental Pleading (ECF No. 84) by which he reasserts his request to join Dr. Webster as a Defendant (ECF No. 33) is hereby **GRANTED**.

       /s/George Z. Singal_____
       U.S. District Judge

Dated this 28th day of September, 2015.