UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **BRANDON B. DREWRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cv-00392-GZS |
| | ) |
| **CORRECT CARE SOLUTIONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 28, 2016, his Recommended Decision (ECF No. 214). Plaintiff filed his Objection to the Recommended Decision (ECF No. 245) on February 1, 2017. Defendant filed their Opposition to Plaintiff's Objection to the Recommended Decision (ECF No. 254) on February 15, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Supplement (ECF No. 167) is **GRANTED**.

    3.       It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 162) is **DENIED**.

                                                  /s/ George Z. Singal  
                                                  United States District Judge

Dated this 16th day of March, 2017.