# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BRANDON D. DREWRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  2:14-cv-392-GZS |
| ) | |
| **CORRECT CARE SOLUTIONS, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 258) filed February 22, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 205) is **MOOT** as Defendants Webster and Cross-Snell have been joined as parties to this action.

　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 21st day of March, 2017.