UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| BRANDON B. DREWRY, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )     No. 1:14-cv-392-GZS |
| | ) |
| CORRECT CARE SOLUTIONS, et al, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 21, 2017, his Recommended Decision (ECF No. 282). Plaintiff filed his Objection to the Recommended Decision (ECF No. 293) on April 10, 2017, as well as an additional Attachment (ECF 296) on April 10, 2017. Defendants filed a Response to Plaintiff's Objection to the Recommended Decision (ECF No. 304) on April 24, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 203) is **GRANTED**, and judgment is entered for Defendants.

3. It is also hereby **ORDERED** that Plaintiff's Objection to Order on Motion to Extend Time to File Opposition to Motion for Summary Judgment (ECF No. 276) is **DENIED AS MOOT.**

/s/George Z. Singal_____
U.S. District Judge

Dated this 2nd day of May, 2017.